UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Marine Bank )<br>)<br>)<br>Plaintiff(s) )<br>)<br>vs. )<br>)<br>H. Wayne Rice, et al. )<br>)<br>)<br>Defendant(s) ) | Case No. 4:13cv01939 NAB |

## **ORDER**

The above styled and numbered case was filed on October 1, 2013 and randomly assigned to the Honorable Nannette A. Baker , United States Magistrate Judge.

After a review of the case, the Clerk's Office determined  that the case was opened incorrectly.   The case should have been assigned to the Northern Division.  Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable Nannette A. Baker, United States Magistrate Judge, under cause number 2:13cv00098.    **IT IS FURTHER ORDERED** that cause number. 4:13cv01939 NAB be administratively closed.

Dated this 31st Day of October, 2013.           JAMES G. WOODWARD

                                       By: /s/ Katie Spurgeon, Deputy in Charge


**Please note the new case number: 2:13cv00098 NAB.**

Case: 2:13-cv-00098-NAB   Doc. #:  3   Filed: 10/31/13   Page: 2 of 2 PageID #: 62